| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MATTHEW ABBASI, ESQ., SBN 215030<br>ABBASI LAW CORPORATION<br>8889 WEST OLYMPIC BLVD, SUITE 240<br>BEVERLY HILLS, CALIFORNIA 90211<br>TEL:(310) 358-9341<br>FAX: (888) 709-5448<br>EMAIL: matthew@malawgroup.com<br><br>Attorneys for Defendants,<br>DANA MOORE, and SERVICE INDUSTRIES CONSULTANTS, LLC | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>JUN - 4 2018<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY                      DEPUTY |
| ☐ Individual appearing without attorney<br>☒ Attorney for: Defendants | LACV18 04963-DOC |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>LONNIE TODD MOORE,<br><br>Debtor(s). | CASE NO.: 2:16-bk-12889-SK<br>ADVERSARY NO.: 2:16-ap-01335-SK<br>(if applicable)<br>CHAPTER: 7 |
|---|---|
| LONNIE TODD MOORE,<br>ELISSA D. MILLER, Chapter 7 Trustee,<br><br>Plaintiff(s) (if applicable).<br>vs.<br>LONNIE MOORE, COOK ISLANDS TRUST LIMITED, ANTONY WILL, DANA MOORE, and SERVICE INDUSTRIES CONSULTANTS, LLC<br><br>Defendant(s) (if applicable). | **NOTICE OF APPEAL<br>AND STATEMENT OF ELECTION** |

#### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): <u>DANA MOORE, and SERVICE INDUSTRIES CONSULTANTS, LLC</u>

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☒ Defendant
☐ Other (describe):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (describe):

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:
   ORDER DENYING MOTION FOR NEW TRIAL

2. The date the judgment, order, or decree was entered: 05/18/2018

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: SEE EXHIBIT "A"

   Attorney:

2. Party: SEE EXHIBIT "A"

   Attorney:

### Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

### Part 5: Sign below

MATTHEW ABBASI, ESQ. /s/ [signature]                                    Date: 05/26/2018
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8889 WEST OLYMPIC BLVD, SUITE 240, BEVERLY HILLS, CA 90211

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 05/26/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 05/26/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/26/2018 | MATTHEW ABBASI | /S/MATTHEW ABBASI |
|---|---|---|
| Date | Printed Name | Signature |

## EXHIBIT "A"

Part 3: Identify the other parties to the appeal

1.   Plaintiff, Elissa D. Miller, Chapter 7 Trustee
David J. Richardson, Esq.
SulmeyerKupetz
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Tel: (213) 626-2311
Fax: (213) 629-4520

2.   Defendants, Cook Island Trust Limited and Antony Will, Trustee
Michael N. Sofris, Esq.
Action Legal Team
468 N. Camden Drive, Suite 200
Beverly Hills, California 90210
Tel: (310) 229-4505
Fax: (310) 388-0535

3.   Defendant, Lonnie Moore
Khachik Akhkashian, Esq.
Law Offices of Khachik Akhkashian
Montrose Shopping Park
2418 Honolulu Avenue, Suite #G
Montrose, California 91020
Tel.: (818) 249-2220
Fax: (818) 249-2297

## SERVICE LIST

**A.   VIA US MAIL**

1.   U.S. Bankruptcy Court

Honorable Sandra R. Klein
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

2.   Plaintiff, Elissa D. Miller, Chapter 7 Trustee

David J. Richardson, Esq.
SulmeyerKupetz
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Tel: (213) 626-2311
Fax: (213) 629-4520

3.   Defendants, Cook Island Trust Limited and Antony Will, Trustee

Michael N. Sofris, Esq.
Action Legal Team
468 N. Camden Drive, Suite 200
Beverly Hills, California 90210
Tel: (310) 229-4505
Fax: (310) 388-0535

4.   Defendant, Lonnie Moore

Khachik Akhkashian, Esq.
Law Offices of Khachik Akhkashian
Montrose Shopping Park
2418 Honolulu Avenue, Suite #G
Montrose, California 91020
Tel.: (818) 249-2220
Fax: (818) 249-2297

**B.    VIA ECF**

Khachik Akhkashian akhkashianlaw@yahoo.com; www.ebrahimian@dbalaw.com

Evan Effres eme@kempinskylaw.com; Asa S Hami ahami@sulmeyerlaw.com
agonzalez@sulmeyerlaw.com, agonzalez@ecf.inforuptcy.com, ahami@ecf.inforuptcy.com,

Louis E Kempinsky, lek@kempinskylaw.com,
Monserrat Morales mmorales@marguliesfaithlaw.com, Helen@marguliesfaithlaw.com
Victoria@marguliesfaithlaw.com, Brian@marguliesfaithlaw.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

Jessica Vogel Jvogel@sulmeyerlaw.com, jvogel@ecf.inforuptcy.com,
mviramontes@sulmeyerlaw.com,

David J Richardson on behalf of Plaintiff Elissa D. Miller, Chapter 7 Trustee,
drichardson@sulmeyerlaw.com drichardson@ecf.inforuptcy.com
ron@ronaldrichards.com morani@ronaldrichards.com, justin@ronaldrichards.com

**FILED**

JUN 04 2018

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

**UNITED STATES BANKRUPTCY APPELLATE PANEL**

**OF THE NINTH CIRCUIT**

| | |
|---|---|
| In re: | BAP No.   CC-18-1140 |
| LONNIE TODD MOORE, | Bk. No.   2:16-bk-12889-SK |
| Debtor. | Adv. No.  2:16-ap-01335-SK |
| DANA MOORE; SERVICE INDUSTRY CONSULTANTS, LLC, | |
| Appellants, | |
| v. | **ORDER TRANSFERRING APPEAL TO THE UNITED STATES DISTRICT COURT** |
| ELISSA D. MILLER, Chapter 7 Trustee; COOK ISLANDS TRUST LIMITED; ANTONY WILL; LONNIE TODD MOORE, | |
| Appellees. | |

Before:  FARIS, SPRAKER, and TAYLOR, Bankruptcy Judges.

This is an appeal from an order entered on May 18, 2018 in an adversary proceeding (bankruptcy docket entry 165).

Appellants did not elect to have this appeal heard by the United States District Court and the appeal was referred to the BAP by the bankruptcy court.  After the appellants filed their notice of appeal, other defendants, Antony Will and Cook Island Trust, Ltd., filed an appeal from several orders, including the

same order denying motion for a new trial that is the subject of this appeal.  Antony Will and Cook Island Trust, Ltd., elected to have their appeal heard by the United States District Court. There is a real and substantial possibility that inconsistent rulings could result from the two appeals (which both deal with the same order) being heard before different courts.

    Under 9th Cir. BAP Rule 8005-1,

> The Panel may transfer an appeal to the district court to further the interests of justice, such as when a timely statement of election has been filed in a related appeal, or for any other reason the Panel deems appropriate.

    The Panel finds that it would be in the interests of justice and judicial economy for this appeal to proceed before the United States District Court.

    Therefore, this appeal is hereby ORDERED TRANSFERRED to the United States District Court for the Central District of California.