NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
MATTHEW ABBASI, ESQ.; SBN 215030
ABBASI LAW CORPORATION
8889 WEST OLYMPIC BOULEVARD, SUITE 240
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE: (310) 358-9341
FACSIMILE: (888) 709-5448
E-MAIL: MATTHEW@MALAWGROUP.COM

ATTORNEY(S) FOR: Dana Moore Service Industry Consultants, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elissa Miller, Chapter 7 Trustee<br><br>Plaintiff(s),<br>v.<br>Lonnie Todd Moore, Et. Al.<br><br>Defendant(s) | CASE NUMBER: USDC CASE NO. 2:18-cv-04963-DOC<br>Adv. Case No: 16-01335-SK<br>BK CASE NO. 16-12889-SK<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Dana Moore Service Industry Consultants, LLC_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Elissa D. Miller | Chapter 7 Trustee, Respondent |
| Lonnie Todd Moore | Debtor/Defendant/Trust Beneficiary |
| Dana Moore | Defendant/Appellant |
| Service Industry Consultants, LLC | Defendant/Appellant |
| Cook Island Trust Limited | Defendant/Appellant/Trustee of 914 Trust |
| Antony Will | Defendant/Appellant |
| Cook Island Trust Protectors, LTD | Defendant/Appellant/Trust Protector |
| James MacDonald | Former Co-Trustee of 914 Trust/Creditor |

8/8/2018
Date

/S/ MATTHEW ABBASI
Signature

Attorney of record for (or name of party appearing in pro per):

MATTHEW ABBASI

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES